Jacob W. Plattenberger (*Pro Hac Vice*)
jake@thlawyer.com
Steven D. Davis, State Bar No. 249633
sdavis@thlawyer.com
**TORHOERMAN LAW LLC**
227 W. Monroe Street, Suite 2650
Chicago, IL 60606
618-656-4400 Phone
618-656-4401 Fax
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: JUUL LABS, INC. MARKETING SALES PRACTICE AND PRODUCTS LIABILITY LITIGATION | MDL DOCKET NO. 2913<br>19-MD-02913 (WHO)<br><br>Hon. William H. Orrick |
| *This Document Relates to:*<br>**CAMERON BECKETT** v. Juul Labs, Inc., *et al.*, Case No.: **3:20-cv-05737-WHO** | NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE |

    Plaintiff Cameron Beckett hereby gives notice of the voluntary dismissal of his action as to all defendants, with prejudice, pursuant to settlement.

| | |
|---|---|
| Dated: April 14, 2025 | /s/ *Steven D. Davis*<br>Steven D. Davis, State Bar No. 249633<br>Jacob W. Plattenberger (Pro Hac Vice)<br>TORHOERMAN LAW, LLC<br>227 W. Monroe Street, Suite 2650<br>Chicago, IL 60606<br>618-656-4400 Phone<br>618-656-4401 Fax<br>sdavis@thlawyer.com<br>jake@thlawyer.com<br>*Attorneys for Plaintiff* |

**CERTIFICATE OF SERVICE**

I hereby certify that on this 14th day of April, 2025, a true and correct copy of the foregoing Plaintiff's Notice of Voluntary Dismissal with Prejudice was served by operation of the Court's CM/ECF system, to all counsel of record.

/s/ *Steven D. Davis*